LP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tara V Luevano

(Name of the plaintiff or plaintiffs)

v.

Walmart Store Inc.

(Name of the defendant or defendants)

ACTION

10cv3999
JUDGE KENDALL
MAG. JUDGE KEYS

RECEIVED
JUN 28 2010
06-28-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Tara V Luevano__ of the county of __Will__ in the state of __IL.__
3. The defendant is __Walmart Store Inc.__, whose street address is __9245 159th Street__
(city) __Orland Hill__ (county) __Cook__ (state) __IL.__ (ZIP) __60477__
(Defendant's telephone number) __708-349-4300__

II The plaintiff sought employment or was employed by the defendant at (street address)
__Same As Above__ (city)_____
(county)_____ (state)_____ (ZIP code)_____

5. The plaintiff [*check one box*]
   (a) ☐ was denied employment by the defendant.
   (b) ☒ was hired and is still employed by the defendant.
   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) __2__, (day) __13__, (year) __2010__

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about
(month) **3** (day) **16** (year) **2010**

(ii) ☐ the Illinois Department of Human Rights, on or about
(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____
(day)_____ (year)_____.

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,

    ☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __4__ (day) __1__ (year) __2010__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a) ☐ Age (Age Discrimination Employment Act).
    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☒ failed to stop harassment;
    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☐ other (specify):_____

    _____
    _____
    _____
    _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:
    See attached document

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☐ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ Direct the defendant to (specify): _____

    (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

    (h) ☒ Grant such other relief as the Court may find appropriate.

*Tara Victoria Luévano*
Plaintiff's signature

*Tara Victoria Luévano*
Plaintiff's name

I have been subject to a Hostile and Offensive work environment. An associate's angry and frenzied verbal abuse. I have been alarmed with reasonable apprehension for battery. On Feb 13, 2010, I was working with an associate who invaded my personal space (in my face) verbally abusing me. He was loud and angry forcing power of intimidation and embarrassment. He distrubed and broke my Peace. That same day I complained to managment. For the next several months he continued to threaten, verbally harass and abuse me; and I continued complaining, yet management made excuses for his disorderly conduct and did nothing. After asking my male manager once again what was being done about my complaints, he told me, he understood my harasser because he's a male and that he wanted to help him and related situation to his brother and himself both males.

I then escalated my complaint to the District H.R. Mgr. who began an investigation. My Manager called me in the Office to coach me for taking his advise; gathering information and gave him names of wittness and going up the Corp. Ladder against my harasser. I was then subjected to intimidation by my manager, being watched on my breaks and ultimately they cut my hours. As a result of the harassment I have suffered serious medical issues and expenses.

*Tara Victoria Luevano*
6-28-2010

Plaintiff's street address  733 Rogers St

City Romeoville  State IL  ZIP 60446

Plaintiff's telephone number 708-284-2727

Date: 6-28-2010

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2010-02955 |
|---|---|---|

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Tara Luevano** | Home Phone (Incl. Area Code)<br>**(708) 284-2727** | Date of Birth<br>**01-26-1951** |
|---|---|---|
| Street Address: **733 Rogers,** City, State and ZIP Code: **Romeoville, IL 60446** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**WAL-MART** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(708) 349-4300** |
|---|---|---|
| Street Address: **9245 159th Street,** City, State and ZIP Code: **Orland Hills, IL 60477** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: **03-13-2010**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about May 3, 1994. My current position is People Greeter. During my employment, I have been subjected to harassment. I complained to Respondent to no avail.

I believe I have been discriminated against because of my sex, female, and retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
MAR 1 6 2010
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 16, 2010   X *Tara V Luevano*<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tara Luevano<br>733 Rogers<br>Romeoville, IL 60446 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0018 8817 8218

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2010-02955 | Janel Smith,<br>Investigator | (312) 353-9194 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     4/1/10
John P. Rowe,     (Date Mailed)
District Director

Enclosures(s)

cc:   WAL-MART STORES, INC.

WIRE

My Favorites | Key Resources | Email | Directory | Logout | Search

Home    News    Teamwork    Knowledge Center    Me@Wal-Mart

## Electronic Time Adjustment

| Name | LUEVANO TARA V |
| --- | --- |
| WIN# | 101457519 |
| Date Range | 02/27/2010 - 03/05/2010 |

| | | Clock In | Going to Meal | Back from Meal | Clock Out | Other Hours | Total Hours | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Saturday | 02/27/2010 | 06:59 | 10:45 | 11:45 | 15:20 | | 7.35 | Update |
| Sunday | 02/28/2010 | | | | | | | Update |
| Monday | 03/01/2010 | | | | | | | Update |
| Tuesday | 03/02/2010 | 14:14 | 18:16 | 18:55 | 21:08 | | 6.25 | Update |
| Wednesday | 03/03/2010 | 06:55 | 11:14 | 11:58 | 15:11 | | 7.54 | Update |
| Thursday | 03/04/2010 | 06:57 | 10:24 | 11:09 | 15:14 | | 7.54 | |
| Friday | 03/05/2010 | | | | | | | |

**Total Week-to-Date Hours**

Wire FAQ    Site Map    Help    Terms and Conditions



28.68

# ORLAND HILLS POLICE DEPARTMENT

CR# 2010-343
UCR# 1300

Page 1 of

## GENERAL INCIDENT REPORT

Date of Report: 03 / 30 / 10

Offense / Incident: HARASSMENT ( BY CO- WORKER )

☑ Crime Against Person ☐ Other
☐ Crime Against Property

Route To:
☑ Investigations
☐ Traffic
☐ Juvenile
☐ Other

Location Of Incident: 9245 W 159TH ST ORLAND HILLS, ILL 60487

Type of Premise: RETAIL STORE

Date(s) of Occurrence: 02 / 13 / 10  —  03 / 30 / 10

Time Of Occurrence:

Complainant (Last, First, Middle): LUEVANO, TARA V
☐ VICTIM
Sex: F
Race: W
Date of Birth: 01 / 26 / 51
Work Phone: 708-349-4300

Address: 9245 W. 159TH ST ORLAND HILLS, ILL 60487
Home Phone: 708-349-4300
Alternate Phone:

Nature and extent of injuries/illness:
Transported to Hospital by:
Hospital Name:
Physician Name:

### Other Persons Involved:
V-Victim  S-Suspect  W-Witness  PR-Person Reporting  B-Business  O-Other

Race Codes: W-White  B-Black  A-Asian  I-American Indian  U-Unknown  H-Hispanic

| # | Code | Name (Last, First, Middle) | Sex | Race | Date of Birth | Home Address | (H)/(W) |
|---|------|---------------------------|-----|------|---------------|--------------|---------|
| 1 | S | THEODORE | M | W | / / | | (H) (W) |
| 2 | | | | | / / | | (H) (W) |
| 3 | | | | | / / | | (H) (W) |
| 4 | | | | | / / | | (H) (W) |
| 5 | | | | | / / | | (H) (W) |

| # | Hgt. | Wgt. | Build | Hair Color | Hair Style | Eye Color | Skin | Scars/Marks/Tattoos |
|---|------|------|-------|-----------|-----------|-----------|------|---------------------|
| 1 | 501 | 160 | MED | BLK | MED | DK BRN | | |

Drivers License #: | State: | Social Security #: | Bond Receipt #: | Court Date: | Date/Time Released:

Vehicle Involved — Color | Year | Make | Model | Body Style | License | Year | State | VIN # | Towed ☐ Y ☐ N

Evidence: ☐ Yes ☐ No  Type of Evidence:  Photos: ☐ Yes ☐ No  Officer / ET:  Star #:

| Type of Property | Quantity | Description of Property |
|------------------|----------|------------------------|
| ☐ Lost  ☐ Seized | | |
| ☐ None  ☐ Stolen | | |
| ☐ Burned  ☐ Unknown | | |
| ☐ Counterfeited  ☐ Recovered Other Agency | | |
| ☐ Forged | | |
| ☐ Damaged  ☐ Other | | |
| ☐ Recovered | | |

### Juvenile Section

| | Yes | No | Date | |
|---|-----|----|----|---|
| Parent / Guardian Notified: | ☐ | ☐ | / / | Time |
| Juvenile Officer Notified: | ☐ | ☐ | | |
| DCFS Notified: | ☐ | ☐ | | |

Juvenile Released To:
Relationship:
Date: / /    Time:
Signature: _____

### Incident Status:
00 ☐ Unfounded
01 ☐ Referred To Other Agency
02 ☐ Pending
03 ☐ Cleared By Arrest
04 ☐ Cleared by Arrest / Juvenile
    ☐ Not Applicable

### Cleared Exceptionally:
05 ☐ Death of Offender
06 ☐ Denied Extradition
07 ☐ Refused Cooperation
08 ☐ Prosecution Declined
09 ☐ Administratively Closed
10 ☐ Juvenile, No Custody

### Records Division:
☑ Report In
☐ Abstract
☐ Criminal History
☐ Copied:

ENTERED
CR# 2010-343

Reporting Ofc. & Signature: D.V.CRULL
Star #: 336
Assisting Officer(s):
Supervisor Approval:
Date:

| CR# 2010-343 | Report Narrative / Continuation | page 2 of 2 |
|---|---|---|

IN SUMMARY REPORTING OFFICER ( R/O) WITH THE COMPLAINANT AT THE ORLAND HILLS POLICE DEPARTMENT. THE COMPLANIANT STATED THAT SINCE FEBRUARY OF THIS YEAR A MALE CO WORKER BY THE NAME OF THEODORE WHO WORKS AT WAL-MART AS A DOOR GREETER HAS BEEN HARASSING HER WHILE BOTH PARTIES ARE AT WORK. ON SEVERAL OCCASIONS THE MALE SUBJECT HAS STATED THAT " HE HATES HER" AND THAT " HE RESPECTS DIRT MORE THEN HER".

AT CERTAIN TIMES DURING THIS PERIOD THE MALE SUBJECT HAS APPROACHED THE COMPLAINANT IN A THREATENING MANNER , CAUSING THE COMPLAINANT TO BECOME SCARED OF THE MALE SUBJECT. ON OCCASION THE MALE SUBJECT HAS STATED THAT THE " HE WILL HURT HER".


NOTHING FURTHER AT THIS TIME

| Reporting Officer Signature ODC. D. CRULL | Star # 336 | Supervisor Approval | Date |
|---|---|---|---|

page 2 of 2

### Certification of Health Care Provider for Associate's Serious Health Condition (FMLA)

Associate's Name: __Tara V Luevano__

Work Location # __1556__    Date __3-16-10__

You have requested a leave of absence due to your own serious health condition. In order to consider this request, you must return this form within 15 calendar days. Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA Leave request.

### FOR COMPLETION BY THE HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient/our associate has requested leave under FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the associate. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the associate is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: __Gabriel Lemus, NP-C   1301 Copperfield Ave Suite 203__
                                      __Joliet IL 60432__
Type of practice/Medical specialty: __Internal Medicine__

Telephone: ( __815__ ) __727-4292__    Fax: ( __815__ ) __727-5395__

### PART A: MEDICAL FACTS

1. Approximate date condition commenced: __03/16/10__

2. Probable duration of condition: __2 weeks__

3. Was the associate admitted for an overnight stay in a hospital, hospice, or residential medical care facility? ☒No ☐Yes

4. Date(s) you treated the associate for this condition: __3/18/10__

5. Will the associate need to have treatment visits at least twice per year due to the condition? ☐No ☒Yes

6. Was medication, other than over-the counter medication, prescribed? ☐No ☒Yes

7. Was the associate referred to other health care provider(s) for evaluation or treatment (e.g. physical therapist)? ☐No ☒Yes
   If yes, state the nature of such treatments and expected duration of treatment: __(GI) Dr Portlee, Dr Natury to be seen & treated within next 2 weeks__

8. Is the medical condition pregnancy? ☒No ☐Yes  If yes, expected delivery date: _____

9. Use the information provided by Walmart to answer this question. If Walmart does not provide a list of the associate's essential functions or a job description, answer these questions based upon the associate's own description of his/her job functions.

   a. Walmart ___ provided ___ did not provide a list of essential job functions or a job description.

   b. Is the associate unable to perform any of his/her job functions due to the condition? ☒No ☐Yes
      If yes, identify the job functions the associate is unable to perform: _____

10. Describe other relevant medical facts, if any, related to the condition for which the associate seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
    __Severe Anxiety 2° to Hostile work environment (per pt) c associated__
    __GI incontinence 2° to high anxiety__

9